IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/16
```

JASON KOZA,

                *Plaintiff*,

v.

ROBERT DIGGS, TARIK AZZOUGARH,
PADDLE8 NY LLC and MARTIN SHKRELI,

                *Defendants*.

Case Number: 1:16-cv-956 (KMW)

## STIPULATION TO DISMISS WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jason Koza and Defendant Martin Shkreli stipulate to dismiss all claims asserted in this matter by Mr. Koza against Mr. Shkreli without prejudice, each party to bear its own costs and attorneys' fees.

Date: April 15, 2016

*[signature]*

John A. Wait, Esq. (JW 2558)
FOX ROTHSCHILD LLP
100 Park Avenue, 15th Floor
New York, NY 10017
Tel: (212) 878-7900
Fax: (212) 692-0940
jwait@foxrothschild.com

*Attorneys for Defendant Martin Shkreli*

Respectfully submitted,

*[signature]*

Peter Scoolidge (PS7107)
*Peter@ScoolidgeLLP com*
Joshua P. Kleiman (JK8764)
*Josh@ScoolidgeLLP com*
SCOOLIDGE KLEIMAN LLP
315 West 36th Street
New York, NY 10018
Tel: (212) 913-9455
Fax: (866) 344-5070

*Attorneys for Plaintiff Jason Koza*

SO ORDERED 4-18-16
*[signature]* Kimba M. Wood
U S D J Kimba M Wood
         *tm*

39901751