IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON KOZA, <br><br> *Plaintiff*, <br><br> v. <br><br> ROBERT DIGGS, TARIK AZZOUGARH, PADDLE8 NY LLC and MARTIN SHKRELI, <br><br> *Defendants*. | Case Number: 1:16-cv-956 (KMW) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jason Koza hereby dismisses all claims asserted in this matter against Defendants Robert Diggs, Tarik Azzougarh, and Paddle8 NY LLC, without prejudice. All claims against all parties having been dismissed, Mr. Koza respectfully requests that the Court enter an Order dismissing this matter in its entirety, without prejudice, each party to bear its own costs and attorneys' fees.

Date: April 29, 2016

Respectfully submitted,

 /s/ PeterScoolidge
Peter Scoolidge (PS7107)
*Peter@ScoolidgeLLP.com*
Joshua P. Kleiman (JK8764)
*Josh@ScoolidgeLLP.com*
SCOOLIDGE KLEIMAN LLP
315 West 36th Street
New York, NY  10018
Tel: (212) 913-9455
Fax: (866) 344-5070

*Attorneys for Plaintiff Jason Koza*